542

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 12963, Oberwinder v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.

**Michael FERCH, Appellant, v. LINCOLN NATIONAL LIFE INSURANCE COMPANY, a Corporation.**

**No. 13095.**

Circuit Court of Appeals, Eighth Circuit.

July 25, 1945.

Lyche & Lyche, of Grand Forks, N. D., and B. H. Bowler and Edward P. Totten, both of Minneapolis, Minn., for appellant.

Nilles, Oehlert & Nilles, of Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, at costs of appellant, on stipulation of parties.

**GREAT NORTHERN LIFE INSURANCE COMPANY, a Corporation, v. Jess G. READ.**

**No. 3114.**

Circuit Court of Appeals, Tenth Circuit.

July 24, 1945.

John A. Johnson and Henry S. Griffing, both of Oklahoma City, Okl., for appellant.

Randell S. Cobb, Atty. Gen., of Oklahoma, Fred Hansen, 1st Asst. Atty. Gen.,

of Oklahoma, and Leonard H. Savage, of Oklahoma City, Okl., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**John Jay JOHNS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 12969.**

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 12963, Oberwinder v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.

**Roland KREBS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 12965.**

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith,

Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 12963, Oberwinder v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.

Katherine LINDSTROM, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10863.

Circuit Court of Appeals, Ninth Circuit.

July 19, 1945.

Ralph G. Lindstrom, of Los Angeles, Cal., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

Before MATHEWS and BONE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, filed September 18, 1944, and good cause therefor appearing, it is ordered that the decision of the Tax Court of the United States in the above cause be, and hereby is affirmed, that a judgment be filed and entered accordingly and the mandate of this court issue forthwith.

Rose RUSMAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 11110.

Circuit Court of Appeals, Ninth Circuit.

July 31, 1945.

No appearance for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of respondent consented to by petitioner, for dismissal of the petition to review herein, and good cause therefor appearing, ordered motion granted, that the petition to review in this cause be dismissed, that a judgment be filed and entered accordingly and the mandate of this court in this cause issue forthwith.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ST. LOUIS STEEL CASTING COMPANY.

No. 13119.

Circuit Court of Appeals, Eighth Circuit.

July 25, 1945.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Order of Labor Board enforced, on petition for enforcement and stipulation filed with Board.

STANDARD OIL CO. OF CALIFORNIA, Appellant, v. UNION S. S. CO. OF NEW ZEALAND, Appellee.

No. 11056.

Circuit Court of Appeals, Ninth Circuit.

July 23, 1945.

Hulbert, Helsell & Paul, of Seattle, Wash., for appellant.